UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

M E M O R A N D U M

TO:        Stephen William French

FROM:      Victoria A. Sontheimer
           Case Administrator

SUBJECT:   Christopher W. Lemaster
           Case No. 07-10930
           Adv. Proc No. 07-1078

DATE:      September 17, 2007


Notwithstanding the local rule to the contrary, in proceedings to discharge an educational loan, the Court prefers that when answers to interrogatories are served upon opposing counsel, a copy should also be filed with the Court.